1   ANTHONY P. CAPOZZI, CSBN 068525
    LAW OFFICES OF ANTHONY P. CAPOZZI
2   1233 W. Shaw Avenue, Suite 102
    Fresno, CA  93711
3   Telephone:  (559) 221-0200
    Fax:  (559) 221-7997
4   E-mail:  capozzilaw@aol.com

5   Attorney for Defendant,
    PHILLIP AARON DONALDSON
6

7

8             IN THE UNITED STATES DISTRICT COURT

9

10         EASTERN DISTRICT OF CALIFORNIA, FRESNO

11                     * * * * *

12

13 UNITED STATES OF AMERICA,      )
                               ) Case No.: CR-F-06-0168 AWI
14         Plaintiff,       )
                               ) STIPULATION FOR CONTINUANCE
15     vs.                ) AND ORDER THEREIN
                               )
16                                )
                               )
17 PHILLIP AARON DONALDSON,    )
                               )
18         Defendant.      )
                               )
19 _____

20

21

22       IT IS HEREBY STIPULATED between the Defendant, PHILLIP AARON

23 DONALDSON, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by

24 and through Assistant United States Attorney, Kimberly A. Sanchez, that the Trial now set

25 for Tuesday, February 26, 2008 at 9:00 a.m. be continued to Wednesday, May 28, 2008 at

26 9:00 a.m.

      The Trial Confirmation Hearing will be held on May 12, 2008 at 11:00 a.m.

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

This stipulation is made in light of the fact that Anthony P. Capozzi, attorney for Defendant, PHILLIP AARON DONALDSON, was only recently notified that he must present oral arguments before the United States Court of Appeals for the Ninth Circuit at 10:00 a.m. on Wednesday, February 27, 2008 in Las Vegas, Nevada in United States v. Diana Lee Flaherty, case number 07-10138.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

1.    Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

2.    Title 18, United States Code, Section 3161(h)(8)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated:  January 29, 2008

/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
PHILLIP AARON DONALDSON

Dated:  January 29, 2008

/s/ Kimberly A. Sanchez
Kimberly A. Sanchez,
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.  Good cause having been shown, the Trial now set for February 26, 2008 is vacated and is now scheduled to begin on Wednesday, May 28, 2008 at 9:00 a.m. A Trial Confirmation hearing will be held on May 12, 2008 at 11:00 a.m.

Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(A) and 3161(h)(B)(ii).


IT IS SO ORDERED.

**Dated:     February 4, 2008              /s/ Anthony W. Ishii**
                                                   UNITED STATES DISTRICT JUDGE