ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
PHILLIP AARON DONALDSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No.: CR-F-06-0168 AWI |
| vs. ) | STIPULATION FOR CONTINUANCE |
| ) | AND ORDER THEREIN |
| PHILLIP AARON DONALDSON, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED between the Defendant, PHILLIP AARON DONALDSON, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Kimberly A. Sanchez, that the Trial now set for Tuesday, June 17, 2008 be continued to Tuesday, August 19, 2008 at 9:00 a.m.

The Trial Confirmation Hearing will be held on August 4, 2008 at 11:00 a.m.

This stipulation is made in light of the fact that government witnesses are not available on the date currently scheduled.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

1. Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

2. Title 18, United States Code, Section 3161(h)(8)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated: May 29, 2008

/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
PHILLIP AARON DONALDSON

Dated: May 29, 2008

/s/ Kimberly A. Sanchez
Kimberly A. Sanchez,
Assistant United States Attorney

# **ORDER**

IT IS SO ORDERED. Good cause having been shown, the Trial now set for June 17, 2008 is vacated and is now scheduled to begin on Tuesday, August 19, 2008 at 9:00 a.m. A Trial Confirmation hearing will be held on Monday, August 4, 2008 at 11:00 a.m.

Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(A) and 3161(h)(B)(ii).

IT IS SO ORDERED.

**Dated:   May 29, 2008**                     /s/ Anthony W. Ishii
                                              UNITED STATES DISTRICT JUDGE