IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>PHILLIP AARON DONALDSON,<br><br>                    Defendants. | 1: 06-CR-0168 AWI<br><br>**ORDER REASSIGNING THIS ACTION TO DISTRICT JUDGE LAWRENCE J. O'NEILL** |

The court finds it necessary to reassign this action from the docket of District Judge Anthony W. Ishii to District Judge Lawrence J. O'Neill.  <u>See</u> Local Rule Appendix A(f)(1).  The Clerk of the Court is DIRECTED to reassign this action to District Judge Lawrence J. O'Neill.

IT IS SO ORDERED.

**Dated:   June 24, 2008**               /s/ Lawrence J. O'Neill
                                         United States District Judge

IT IS SO ORDERED.

**Dated:   June 24, 2008**               /s/ Anthony W. Ishii
                                         UNITED STATES CHIEF DISTRICT JUDGE