ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
PHILLIP AARON DONALDSON


IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

PHILLIP AARON DONALDSON,

        Defendant.

Case No.: CR-F-06-0168 LJO

STIPULATION FOR CONTINUANCE
AND ORDER THEREIN


IT IS HEREBY STIPULATED between the Defendant, PHILLIP AARON DONALDSON, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Sheila Oberto, that the Sentencing Hearing now set for Friday, April 10, 2009 at 8:30 a.m. be continued to Friday, May 8, 2009 at 8:30 a.m.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

1.      Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

1         2.      Title 18, United States Code, Section 3161(h)(8)(ii) -- that it is unreasonable to

2                expect adequate preparation for pre-trial proceedings or for the trial itself with

3                the time limits established due to the complexity of the case.

4

5                                         Respectfully submitted,

6 Dated: April 7, 2009

7

8                                  /s/ Anthony P. Capozzi
                                 Anthony P. Capozzi,

9                                  Attorney for Defendant,
                                 PHILLIP AARON DONALDSON

10

11

12 Dated: April 7, 2009

13                                  /s/ Sheila Oberto

14                                  Sheila Oberto,
                                 Assistant United States Attorney

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Continue
Case No. 06-0168 LJO

## **ORDER**

IT IS SO ORDERED.  Good cause having been shown, the Hearing now set for April 10, 2009 is vacated and is now scheduled for Friday, May 8, 2009 at 8:30 a.m.  Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(A) and 3161(h)(B)(ii).

Dated:  April  8, 2009

                                        /s/ Lawrence J. O'Neill
                                      Honorable Lawrence J. O'Neill
                                      U.S. District Court Judge

Stipulation to Continue
Case No. 06-0168 LJO