ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
PHILLIP AARON DONALDSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>PHILLIP AARON DONALDSON,<br><br>        Defendant. | Case No.: CR-F-06-0168 LJO<br><br>STIPULATION FOR CONTINUANCE<br>AND ORDER THEREIN |

IT IS HEREBY STIPULATED between the Defendant, PHILLIP AARON DONALDSON, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Sheila Oberto, that the Sentencing Hearing now set for Friday, May 8, 2009 at 8:30 a.m. be continued to Friday, May 29, 2009 at 8:30 a.m.

This request is made due to the unavailability of the Defendant's primary witness and the Defendant's intent to file a Sentencing Memorandum by Friday, May 15, 2009.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

1. Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;
2. Title 18, United States Code, Section 3161(h)(8)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated: May 5, 2009

/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
PHILLIP AARON DONALDSON

Dated: May 5, 2009

/s/ Sheila Oberto
Sheila Oberto,
Assistant United States Attorney

## **ORDER**

IT IS SO ORDERED. Good cause having been shown, the Hearing now set for May 8, 2009 is vacated and is now scheduled for Friday, May 29, 2009 at 8:30 a.m. Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(A) and 3161(h)(B)(ii).

Dated: May 5, 2009

/s/ Lawrence J. O'Neill
Honorable Lawrence J. O'Neill
U.S. District Court Judge