# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PHILLIP DONALDSON,<br><br>　　　　　　Defendant. | CASE NO. 1:06-CR-00168 LJO<br><br>STIPULATION TO CONTINUE CONTESTED HEARING ON SUPERVISED RELEASE VIOLATION |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Eric V. Kersten, attorney for the defendant, that the the contested hearing on defendant's supervised release violation set for October 16, 2017 before the Honorable Lawrence J. O'Neill, Chief U.S. District Court Judge, be continued to November 6, 2017 at 10:30 a.m. A government witness is unavailable on October 16, and will not be available until November 6. The government contacted defense, and defense does not object to the continuance.

Dated: October 10, 2017　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　By　　/s/ Kimberly A. Sanchez
　　　　　　　　　　　　　　　　　　　　　KIMBERLY A. SANCHEZ
　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

Dated: October 10, 2017　　　　　　　　　　　　/s/ Eric V. Kersten
　　　　　　　　　　　　　　　　　　　　　　　ERIC V. KERSTEN
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

IT IS SO ORDERED.

　Dated:　**October 11, 2017**　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE

Stipulation　　　　　　　　　　　　　　　1